3403
2-24-11
MD

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Deborah Katherine Asch
Chapter 7 Case No. 10-30032

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Petzl America<br>PO Box 160447, Clearfield, UT 84016 | 3 | 421.20 | 2.79 |
| K2 Sports<br>Po Box 88967, Chicago, IL 60695-1967 | 6 | 480.00 | 3.18 |
| Advanced Dermatology Care<br>4480 Centerville Rd., White Bear Lake, MN 55127 | 8 | 397.81 | 2.63 |
| Total | | | $8.60 |

Date: February 23, 2011

_____
Trustee

RECEIVED 11 FEB 24 AM 11:53 U.S. BANKRUPTCY COURT ST. PAUL, MN